August 27, 2004

Ms. Macey Reasoner Stokes
Baker & Botts L.L.P.
910 Louisiana St., One Shell Plaza
Houston, TX 77002-4995
Ms. Sylvia Davidow
Fleming & Associates, L.L.P.
1330 Post Oak Blvd., Suite 3030
Houston, TX 77056

RE: Case Number: 03-0555
 Court of Appeals Number: 14-01-00597-CV
 Trial Court Number: 1999-28202

Style: SHELL OIL COMPANY, MOTIVA ENTERPRISES LLC, EQUILON ENTERPRISES
 LLC, AND EQUIVA SERVICES LLC
 v.
 HRN, INC., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill, Justice
Schneider, and Justice Brister not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |
| |Mr. Richard C. |
| |Godfrey |